## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                )
                                      )
PATRICK NETTHONGKOME,                 )      Chapter 7
                                      )
                Debtor,               )      Case No.  26-600087-btf7
                                      )

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Joshua R. Baker, with the firm of Evans & Dixon LLC, on behalf of Creditors J & L Investments, LLC and James Tillman, and hereby enters his appearance and requests notice of all matters which may come before the Court pursuant to Fed. R. Bankr. P. 2002.

Respectfully submitted,

**EVANS & DIXON, LLC**

By:      */s/ Joshua Baker*
         Joshua R. Baker          MO Bar #64710
         4905 South National, Building B
         Springfield, Missouri 65810
         Phone: 417-882-4700
         Email:  jbaker@evans-dixon.com
         *Attorney for Creditors J & L Investments LLC and
         James Tillman*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties of record:

( ) by hand delivering a copy to his/her office
( ) by mailing a copy to him/her, as prescribed by law
( ) by transmitting a copy to him/her by facsimile transmission
( ) by transmitting an electronic copy to the above parties
( ✓ ) by CM/ECF notification from the Court

on the 11th day of February, 2026, and verifies that the fully executed foregoing document is maintained in the attorney's file.

                        */s/ Joshua Baker*
                        Joshua Baker