| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Patrick Netthongkome<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–7511 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Missouri | Date case filed for chapter: | 7   2/6/26 |
| Case number: | 26–60087–btf7 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         2/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patrick Netthongkome | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2404 W Rockwood St<br>Springfield, MO 65807 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Janice E. Stanton<br>104 W. 9th Street – Suite 303<br>Kansas City, MO 64105 | Contact phone 816–421–7770<br>Email: jstanton@sr–lawfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open:<br>9:00 am – 4:30 pm<br><br>Contact phone 816–512–1800<br><br>Date: 2/7/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 17, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 608 847 0431, and Passcode 4081389741 OR, call 1 816 300 3537** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Missouri

In re:  Case No. 26-60087-btf

Patrick Netthongkome  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0866-6   User: adkt   Page 1 of 2
Date Rcvd: Feb 09, 2026   Form ID: 309A   Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Netthongkome, 2404 W Rockwood St, Springfield, MO 65807-8765 |
| 17486461 | + | Bank of Missouri, PO Box 1088, Jefferson City, MO 65102-1088 |
| 17486458 | + | Bell Tower Funding, 111 Town Square Place, Suite 1238, Jersey City, NJ 07310-1810 |
| 17486463 | + | Chad Schuchmann & Julie Schuchmann, PO BOX 319, BILLINGS, MO 65610-0319 |
| 17486454 | + | Cromwell Capital, 398 E Dania Beach Blvd P.O. Box 297, Dania Beach, FL 33004-3051 |
| 17486457 | + | Essential Funding, 1025 Old Country Road, Suite 200, Westbury, NY 11590-5668 |
| 17486453 | + | First Internet Bank of Indiana (Jaris Lending), 8701 E. 116th St., Fishers, IN 46038-3225 |
| 17486450 | + | J&L Investments, 1840 S INGRAM MILL ROAD, SPRINGFIELD, MO 65804-2111 |
| 17486452 | + | James Tillman, 1840 S INGRAM MILL ROAD, SPRINGFIELD, MO 65804-2111 |
| 17486455 | + | Parafin, Inc., 301 Howard Street, Suite 1800, San Francisco, CA 94105-6614 |
| 17486462 | + | Springfield Grocery Company, 2415 W. BATTLEFIELD STREET, SPRINGFIELD, MO 65807-4005 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJESTANTON | Feb 10 2026 01:36:00 | Janice E. Stanton, 104 W. 9th Street - Suite 303, Kansas City, MO 64105-1718 |
| smg | | Email/Text: ecfnotices@dor.mo.gov | Feb 09 2026 20:39:00 | Missouri Department of Revenue, General Counsel's Office, PO Box 475, Jefferson City, MO 65105-0475 |
| 17486466 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 20:41:58 | American Express, 2965 West Corporate Lakes Boulevard, Weston, FL 33331-3626 |
| 17486465 | | EDI: DISCOVER | Feb 10 2026 01:36:00 | Discover Bank, 2500 Lake Park Boulevard, Salt Lake City, UT 84120 |
| 17486451 | + | Email/Text: mconboy@gbankmo.com | Feb 09 2026 20:40:00 | Guaranty Bank, 2144 E. Republic Rd, Ste F200, Springfield, MO 65804-4733 |
| 17486460 | | EDI: IRS.COM | Feb 10 2026 01:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 17486456 | | Email/Text: LADJODA@LEGENDFUNDING.COM | Feb 09 2026 20:40:00 | Legend Funding, 800 Brickell Avenue, Suite 902, Miami, FL 33131 |
| 17486464 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 20:41:47 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 17486459 | + | EDI: WFFC2 | Feb 10 2026 01:36:00 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0866-6 | User: adkt | Page 2 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: 309A | Total Noticed: 20 |

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026              Signature:        /s/Gustava Winters