IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:  PATRICK NETTHONGKOME, Debtor

CASE NO.  26-60087-btf7

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, DEBTORS' ATTORNEY, TRUSTEE, AND ALL CREDITORS HEREIN:

PLEASE TAKE NOTICE and enter the appearance of:

Scott Tidwell
RMP LLP
809 SW A St., Suite 105
Bentonville, AR  72712
479/553-9800 phone
479/443-2718 facsimile
stidwell@rmp.law e-mail

as counsel for Springfield Grocer Company, a creditor and party-in-interest in the above-styled and numbered bankruptcy case.

REQUEST is further made by counsel, pursuant to Rule 2002, 3017, 9010 and 2017 of the Rules of Bankruptcy Procedure, that any and all notices given by the Clerk, or some other persons the Court may direct, in any matter affecting the above-referenced and styled bankruptcy case be given and mailed to the undersigned counsel.

Please take further notice that pursuant to 11 U.S.C. §1109(b) the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, the undersigned requests that he be provided with a copy of all schedules, statements of

financial affairs, and specifically requests that in accordance with Rule 3017 he be provided with any Plan or Disclosure Statement filed herein.

The undersigned requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Respectfully submitted this 16th day of February 2026.

　　　　　　　　　　　　　　　　　Springfield Grocer Company, Creditor

　　　　　　　　　　　　　　By: */s/ Scott Tidwell*
　　　　　　　　　　　　　　　　Scott Tidwell
　　　　　　　　　　　　　　　　Missouri Bar #61416
　　　　　　　　　　　　　　　　RMP LLP
　　　　　　　　　　　　　　　　809 SW A St., Suite 105
　　　　　　　　　　　　　　　　Bentonville, AR 72712
　　　　　　　　　　　　　　　　Tel: (479) 553-9800
　　　　　　　　　　　　　　　　Fax: (479) 443-2718
　　　　　　　　　　　　　　　　stidwell@rmp.law

　　　　　　　　　　　　　　*Attorneys for Springfield Grocer Company*

### CERTIFICATE OF SERVICE

I, Scott Tidwell, attorney for Springfield Grocer Company, an unsecured creditor, herein, do hereby certify that on February 16, 2026 I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to all attorneys of record.

　　　　　　　　　　　　　　　*/s/ Scott Tidwell*
　　　　　　　　　　　　　　　SCOTT TIDWELL